# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ABOUT THE LOCATION OF THE PHONE ASSIGNED (857) 344-2736 | Case No. 19-MJ-5348-JGD |

## MOTION TO UNSEAL

The United States asks this Court to unseal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related orders and paperwork.  In support of this motion, the government states that the defendant has been arrested.  Thus, there is no further reason to keep these materials sealed.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *Elianna J. Nuzum*
ELIANNA J. NUZUM
Assistant U.S. Attorney
Dated: December 19, 2019

SO ORDERED.

_____
JUDITH G. DEIN
United States Magistrate Judge